**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TENDEKA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-1764 |
| | § | |
| NEIL GLOVER, *et al*. | § | |
| | § | |
| Defendants. | § | |

## ORDER

On August 10, 2015, Tendeka filed a motion to reconsider the court's limine ruling limiting the introduction of evidence related to Swell X's sales to entities that were not Tendeka's customers before the LSA. (Docket Entry No. 126). Swell X must respond no later than August 25, 2015.

SIGNED on August 19, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge