United States District Court
Southern District of Texas
**ENTERED**
January 15, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TENDEKA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-1764 |
| | § | |
| ELITE ELASTOMERS, INC. AND | § | |
| SWELL X LTD., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

To facilitate the deliberations of the jury, the Clerk is ordered to provide a lunch meal for the jury on January 15, 2016. This order is directed to the Financial Section for reimbursement to the Clerk providing the meal.

SIGNED on January 15, 2016 at Houston, Texas.

Lee H. Rosenthal
United States District Judge