United States District Court
Southern District of Texas
**ENTERED**
January 20, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Tendeka, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-1764 |
| | § | |
| Elite Elastomers, Inc. and Swell X, Ltd., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

The attached Court's Instructions to the Jury at the Conclusion of Trial was charged to the jury on even date and is to be entered in the record.

SIGNED on January 15, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge